**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:
LUIS LORIGA CACERES,
Debtor.
______________________________________/

Case No. 26-15896-PDR
Chapter 7

Adversary Case No. 26-01294-PDR

BARBARA LORIGA,
Plaintiff,

v.

LUIS LORIGA CACERES,
Defendant.
______________________________________/

**PLAINTIFF BARBARA LORIGA'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO COMPLETE PREPETITION PARTITION ACTION**

**COMES NOW**, Plaintiff/Creditor, BARBARA LORIGA ("Movant"), by and through undersigned counsel, pursuant to 11 U.S.C. § 362(d)(1), Federal Rule of Bankruptcy Procedure 4001, and Local Rule 4001-1, respectfully moves for relief from the automatic stay for the limited purpose of permitting Movant to complete the prepetition partition action that was stayed as a result of the filing of this bankruptcy case, and states:

1. The Debtor, LUIS LORIGA CACERES ("Debtor"), filed the above-styled Chapter 7 bankruptcy case, thereby invoking the automatic stay under 11 U.S.C. § 362.
2. Prior to the bankruptcy filing, Movant was pursuing a partition action involving the parties. The partition action was stayed as a result of the bankruptcy filing.
3. Movant seeks relief from the automatic stay solely to permit the partition action to proceed to completion and to allow the court presiding over that action to determine the parties' respective rights and interests, subject to the jurisdiction of this Court and the administration of the bankruptcy estate.
4. Cause exists under 11 U.S.C. § 362(d)(1) because allowing the prepetition partition action to proceed will permit the pending dispute to be resolved in the forum in which it was commenced, promote judicial economy, and avoid unnecessary duplication of proceedings.
5. Movant is not requesting authority by this Motion to enforce or collect any monetary judgment against property of the bankruptcy estate except as may be expressly authorized by further order of this Court.
6. Undersigned counsel contacted Javier Rios, Esq., counsel for the Debtor, in an effort to resolve the requested relief without a hearing. Counsel advised that he was unable to speak with his client and therefore could not consent to the requested relief.

7. Undersigned counsel also sent an email to the Chapter 7 Trustee concerning the requested relief and, as of the filing of this Motion, has received no response.
8. The requested relief will permit the prepetition partition action to be completed while preserving all rights, claims, defenses, and issues properly reserved for determination by this Court.

**WHEREFORE**, Movant, BARBARA LORIGA, respectfully requests that this Court enter an Order granting relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) for the purpose of allowing Movant to proceed with and complete the prepetition partition action between the Debtor and his siblings, and granting such other and further relief as this Court deems just and proper.

**CERTIFICATION OF CONFERENCE**

Pursuant to Local Rule 9073-1(D), undersigned counsel certifies that he contacted counsel for the Debtor in an effort to resolve the relief requested herein without a hearing. Debtor's counsel advised that he was unable to speak with his client and could not consent. Undersigned counsel also contacted the Chapter 7 Trustee by email and has received no response as of the filing of this Motion.

Respectfully submitted,

LAW OFFICE OF MICHAEL J. BROOKS, P.A.
8660 West Flagler Street, Suite 100
Miami, Florida 33144
Telephone: 1 (877) 290-9197
Facsimile: (954) 623-6125

/s/ Michael J. Brooks
MICHAEL J. BROOKS, ESQ.
Florida Bar No. 434442
Counsel for Barbara Loriga

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 3, 2026, a true and correct copy of the foregoing was served through the Court's CM/ECF system upon all registered parties entitled to electronic notice, and otherwise served upon all parties required by the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court.

/s/ Michael J. Brooks